[No. 57304-7-I.  Division One.  October 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL LEON DUGAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-08151-8, Douglass A. North, J., entered November 15, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57561-9-I.  Division One.  October 1, 2007.]

OLD COUNTRY BAKERY, *Respondent*, v. GAGIK VARTANYAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-17003-4, Jim Rogers, J., entered December 9, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57652-6-I.  Division One.  October 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY MICHAEL BURCH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-06022-9, Andrea A. Darvis, J., entered September 2, 2005. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker and Agid, JJ.

[No. 57711-5-I.  Division One.  October 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDALL E. BERRY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-09953-1, Laura C. Inveen, J., entered February 6, 2006. *Affirmed* by unpublished per curiam opinion.